|  |  |
|---|---|
| * | IN THE |
| * | SUPREME COURT |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF BRIAN JEFFREY ROSENBERG TO THE BAR OF MARYLAND   * | OF MARYLAND |
| * | AG No. 50 |
| * | September Term, 2023 |
| * |  |

**ORDER**

Upon consideration of attorney Brian Jeffrey Rosenberg's petition for reinstatement to the Bar of Maryland and Bar Counsel's consent to that relief, it is this 22nd day of April 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Brian Jeffrey Rosenberg is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Brian Jeffrey Rosenberg upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice